UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia A. E. Miroth, et al., | No. 2:22-cv-00460-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| County of Trinity, et al., | |
| Defendants. | |

Plaintiffs have each submitted applications to proceed in forma pauperis under 28 U.S.C. § 1915. Mot. by Patricia A. E. Miroth, ECF No. 2; Mot. by Stanley R. Miroth, ECF No. 3. "To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *McKinley v. Cty. of Fresno*, No. 1:21-754, 2021 WL 3007162, at *1 (E.D. Cal. July 15, 2021) (citation omitted). The court finds the applications make the required showing and thus GRANTS the requests to proceed in forma pauperis.

This order resolves ECF Nos. 2 & 3.

IT IS SO ORDERED.

DATED: April 4, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1