SERENA M. WARNER, SB No. 264799
  Email: swarner@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF TRINITY (additionally erroneously sued herein as TRINITY COUNTY HEALTH AND HUMAN SERVICES and TRINITY COUNTY CHILD WELFARE SERVICES), LIZ HAMILTON, MARIO ANGELONE, NICOLE HAYS BRADFORD, ALLISON BALLARD, MEGAN SHOLTY-SCALZO, ANGELA BERGLUND, and ASHLEY POCQUETTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. E. MIROTH and STANLEY R. MIROTH,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF TRINITY, et al.,<br><br>  Defendants. | Case No.: 2:22-cv-00460-KJM-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

The parties hereby agree to and stipulate that Plaintiffs PATRICIA MIROTH and STANELY MIROTH will file a First Amended Complaint on or around July 22, 2022, and Defendants COUNTY OF TRINITY,[1] LIZ HAMILTON, MARIO ANGELONE, NICOLE HAYES BRADFORD, ALLISON BALLARD, MEGAN SHOLTY-SCALZO, ANGELA BERGLUND, and ASHLEY POQUETTE (the "County Defendants"), will respond to the First Amended Complaint within 21 days from the date of service.

---

[1] County of Trinity was additionally erroneously sued herein as TRINITY COUNTY HEALTH AND HUMAN SERVICES and TRINITY COUNTY CHILD WELFARE SERVICES, which are departments of the County.

-1-
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT

1.     The operative Complaint was filed on March 10, 2022. (ECF No. 1.)

2.     The individual defendants waived service, and their responses to the Complaint are due July 8, 2022. (ECF No. 19-25.)

3.     The parties previously stipulated that the County's response would be due on July 7, 2022. (ECF No. 26.)

4.     The parties have met and conferred, and Plaintiffs have represented that they will file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure rule 15(a)(1)(B).

5.     Plaintiffs need until around July 22, 2022 to file the Amended Complaint, which is after the current deadline for the County Defendants' responsive pleading.

6.     The Parties agree that the County Defendants' waiting to file a response until after the First Amended Complaint is filed will further the goals of efficiency and economy.

Accordingly, the Parties hereby stipulate that Plaintiffs will file a First Amended Complaint on or around July 22, 2022, and Defendants will file a responsive pleading within 21 days from the date of service.

Dated: July 7, 2022               ANGELO, KILDAY & KILDUFF, LLP

                                  /s/ William J. Bittner
                              By:_____
                                  SERENA M. WARNER
                                  WILLIAM J. BITTNER
                                  Attorneys for Defendants COUNTY OF
                                  TRINITY, LIZ HAMILTON, MARIO
                                  ANGELONE, NICOLE HAYS
                                  BRADFORD, ALLISON BALLARD,
                                  MEGAN SHOLTY-SCALZO, ANGELA
                                  BERGLUND, and ASHLEY
                                  POCQUETTE

Dated: July 7, 2022

                                      /s/ *Shannon c. Wilhite*
                                *(as authorized on July 1, 2022)*
By:_____
    SHANNON C. WHILHITE
    Attorneys for Plaintiff PATRICIA
    MIROTH and STANLEY R. MIROTH

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint on or around July 22, 2022. Defendants COUNTY OF TRINITY, LIZ HAMILTON, MARIO ANGELONE, NICOLE HAYES BRADFORD, ALLISON BALLARD, MEGAN SHOLTY-SCALZO, ANGELA BERGLUND, and ASHLEY POQUETTE shall file a response within 21 days from the date of service of the amended complaint.

DATED: July 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE