Shannon C. Wilhite, SBN 330143
Shannon C. Wilhite, Attorney at Law
P.O. Box 692
Willow Creek, CA 95573
T: (707) 599-5420
E-mail: scmwilhite.attorneyatlaw@gmail.com
*Attorney for Patricia A. E. Miroth and Stanley R. Miroth, Plaintiffs herein*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
*Sacramento*

| | |
|---|---|
| PATRICIA A. E. MIROTH, STANLEY R. MIROTH<br><br>PLAINTIFFS,<br><br>vs.<br><br>COUNTY OF TRINITY, et al.<br><br>DEFENDANTS. | Case No. 2:22-CV-00460-KJM-JDP<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

The Parties hereby agree to and stipulate that PATRICIA MIROTH and STANELY MIROTH (the "Plaintiffs") will file a response to the Motion to Dismiss (ECF No. 34) filed by Defendants COUNTY OF TRINITY, LIZ HAMILTON, MARIO ANGELONE, NICOLE HAYES BRADFORD, ALLISON BALLARD, MEGAN SHOLTY-SCALZO, ANGELA BERGLUND, and ASHLEY POQUETTE (the "County Defendants") on or before September 5, 2022.

1. On August 6, 2022, Plaintiffs' attorney was evacuated from her home, which is also her office, due to wildfire.

2. County Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint on August 15, 2022. (ECF No. 34.) The Motion to Dismiss is scheduled to be heard on October 7, 2022.

3. On August 15, 2022, the mandatory evacuation was downgraded to a warning. However, due to the ongoing close proximity of the Brennen and other wildfires in the area the air quality conditions have made it unsafe[1] for returning to her office to date.

4. Plaintiffs' response to County Defendant's Motion to Dismiss would be due August 29, 2022. (L.R. 230(c).)

5. Plaintiffs' counsel hopped that the fires impact would have lessened by now, and that it would be realistic to work from the home office, but at this juncture, other arrangements in order to carry on with her work are being made.

6. Parties conferred on August 26, 2022, through a phone call, and agreed to provide Plaintiffs an extension to September 5, 2022 to file a response to the Motion to Dismiss.

Under Fed. Civ. P. Rule 6(b)(1), good cause can be found to provide this extension because the Brennen fire has prevented Plaintiffs' counsel from having access to her workspace. Additionally, the Parties believe that this extension will still allow the requisite time for briefing prior to the scheduled hearing, pursuant to L.R. 230, without need for a continuance. If the court deems it necessary, the parties request a continuance of the hearing under L.R. 230(f).

///
///
///
///
///

---

[1] Air Quality Index (AQI) range for Willow Creek, California, since August 15, 2022, has fluctuated between 167 (unhealthy) to 500 (hazardous).

Respectfully submitted on this 26th day of August, 2022.

/s/*Shannon C. Wilhite*

_____

Shannon C. Wilhite
*Attorney for Patricia A. E. Miroth and Stanley M. Miroth*

/s/ *William J. Bittner*

_____

Serene M. Warner
William J. Bittner
*Attorney for County of Trinity, Liz Hamilton, Mario Angelone, Nicole Hays Bradford, Megan Sholty-Scalzo, Angela Berglund, and Ashley Pocquette*

# ORDER

**IT IS HEREBY ORDERED** that Plaintiffs shall file an Opposition to the Motion to Dismiss the First Amended Complaint by Defendants COUNTY OF TRINITY, LIZ HAMILTON, MARIO ANGELONE, NICOLE HAYES BRADFORD, ALLISON BALLARD, MEGAN SHOLTY-SCALZO, ANGELA BERGLUND, and ASHLEY POQUETTE on or before September 5, 2022.

DATED:  September 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE