SERENA M. WARNER, SB No. 264799
    Email: swarner@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
    Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF TRINITY, LIZ HAMILTON, MARIO ANGELONE, NICOLE HAYS BRADFORD, ALLISON BALLARD, MEGAN SHOLTY-SCALZO, ANGELA BERGLUND, and ASHLEY POQUETTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MIROTH, STANLEY R. MIROTH,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>COUNTY OF TRINITY, et al.<br><br>                    Defendants. | Case No.: 2:22-cv-00460-KJM-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>**Judge: Kimberly J. Mueller** |

-1-
JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1  The Status (Pretrial Scheduling) Conference is set for February 17, 2023. Based on that date, the parties are to meet and confer and prepare a Joint Status Report by February 3, 2023. Defendants have a motion to dismiss scheduled for hearing on February 17, 2023. The legal defenses raised by the motion so pervade the case as to render impracticable any meaningful scheduling prior to their resolution. Given the pending motion, the parties request that the Status (Pretrial Scheduling) Conference be continued until at least 60 days after Defendants answer the operative complaint, which interval would give counsel the time and ability to ascertain the work required to resolve the disputed facts and any further legal issues.

IT IS SO STIPULATED.

Dated: January 11, 2023

ANGELO, KILDAY & KILDUFF, LLP

*/s/ William J. Bittner*
By:_____
SERENA M. WARNER
WILLIAM J. BITTNER
Attorneys for Defendants COUNTY OF TRINITY, LIZ HAMILTON, MARIO ANGELONE, NICOLE HAYS BRADFORD, ALLISON BALLARD, MEGAN SHOLTY-SCALZO, ANGELA BERGLUND, and ASHLEY POQUETTE

Dated: January 11, 2023

SHANNON C. WILHITE, ATTORNEY OF LAW

*/s/ Shannon C. Wilhite*
*(as authorized on 1.11.23)*
By:_____
SHANNON C. WILHITE
Attorney for Plaintiffs PATRICIA A. E. MIROTH and STANLEY R. MIROTH

-2-
JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

**ORDER**

Good cause appearing, the Status (Pretrial Scheduling) Conference is hereby continued to April 13, 2023, at 2:30 PM. A Joint Status Report must be filed on behalf of the parties on or before fourteen (14) days prior.

**IT IS SO ORDERED**.

DATED: January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE