# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Eastern District of California

U.S. District Court case number: 2:22-cv-00460-KJM-JDP

Date case was first filed in U.S. District Court: 3/10/2022

Date of judgment or order you are appealing: 4/17/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes  ○ No  ◉ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Patricia A. E. Miroth
Stanley R. Miroth

Is this a cross-appeal? ○ Yes  ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Shannon C. Wilhite, Esq

P.O. Box 82

City: Bayside   State: CA   Zip Code: 95524

Prisoner Inmate or A Number (if applicable):

Signature: *ShannonCWilhite*   Date: 5/12/2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Patricia A. E. Miroth
Stanley R. Miroth

Name(s) of counsel (if any):
Shannon C. Wilhite

Address: P.O. Box 82, Bayside, Ca 95524
Telephone number(s): (707) 599-5420
Email(s): scmwilhite.attorneyatlaw@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
County of Trinity, Liz Hamilton, Mario Angelone, Nicole Hays Bradford, Allison Ballard, Megan Sholty-Scalzo, Angele Berglund, Ashley Poquette

Name(s) of counsel (if any):
Serena M. Warner - Angelo, Kilday & Kilduff, LLP
William J. Bittner - Angelo, Kilday & Kilduff, LLP

Address: 601 University Avenue, Suite 150, Sacramento, CA 95825
Telephone number(s): (916) 564-6100
Email(s): swarner@akk-law.com; wbittner@akk-law.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                            Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Debbie Carter

Name(s) of counsel (if any):

Address: 75 Russell Ct., Susanville, CA 96130

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**               *2*               Rev. 12/01/2018