UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**PATRICIA A. E. MIROTH, ET AL.,**
    Plaintiff

   v.                                                              **CASE NO. 2:22−CV−00460−KJM−JDP**

**COUNTY OF TRINITY, ET AL.,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **May 12, 2023** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 16, 2023

                        **KEITH HOLLAND**
                        **CLERK OF COURT**

                 **by:** /s/ E. Rodriguez
                       Deputy Clerk