**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:22−CV−00460−KJM−JDP** |
| USDC Judge: | **CHIEF DISTRICT JUDGE KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **PATRICIA A. E. MIROTH vs. COUNTY OF TRINITY** |
| Type: | **CIVIL** |
| Complaint Filed: | **3/10/2022** |
| Appealed Order/Judgment Filed: | **4/14/2023** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: IFP Granted on 4/5/2022**

Information prepared by: /s/ **E. Rodriguez , Deputy Clerk**