UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia A. E. Miroth, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>County of Trinity,<br><br>                Defendant. | No. 2:22-cv-00460-KJM-JDP<br><br>ORDER |

       On August 5, 2024, the Ninth Circuit determined some of plaintiffs' claims against defendant Debbie Carter remained pending before the court. *See* USCA Order at 1, ECF No. 77. The Ninth Circuit issued a limited remand, directing the court to consider entering default judgment as to defendant Carter or entering partial final judgment under Federal Rule of Civil Procedure 54(b). *Id.* at 2.

       Plaintiffs brought several claims against the County of Trinity and its employees under federal and state law. *See* Second Am. Compl. (SAC) ¶¶ 11–21, 120–78, ECF No. 50. Plaintiffs also brought one state law defamation claim against defendant Debbie Carter. *Id.* ¶¶ 22, 179–89. The court dismissed all the federal claims in this case. *See* Prior Order, ECF No. 68. The court also declined to exercise supplemental jurisdiction over plaintiffs' remaining state law claims and closed the case. *Id.* at 10–11; *see also* 28 U.S.C. § 1367(c)(3) ("The district courts may decline to exercise supplemental jurisdiction over a claim [if] the district court has dismissed all claims over

1

1  which it has original jurisdiction[.]").  Plaintiff's sole claim against defendant Carter arose under
2  state law.  Because the court declined to exercise supplemental jurisdiction over plaintiffs' state
3  law claims, the court now clarifies that the claim against Carter too, is dismissed without
4  prejudice.
5      IT IS SO ORDERED.
6   DATED:  August 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE