UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA A.E. MIROTH and STANLEY R. MIROTH, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF TRINITY; et al., <br><br> Defendants - Appellees. | No. 23-15759 <br><br> D.C. No. 2:22-cv-00460-KJM-JDP <br> U.S. District Court for Eastern California, Sacramento <br><br> **MANDATE** |

The judgment of this Court, entered May 08, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT