**FILED**

AUG 0 8 2025



August 4, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

In the case of Miroth versus Trinity County

Case number: 2:22-CV-00460-KJM-JDP

I (Debbie Carter) would like to start off by saying I have never lived in the County of Trinity and have never worked with or for the office of CPS. I do not know anyone who lives in this county other than my son Stanley Miroth and his wife Patricia Miroth. We have never known their address or their places of employment. The reason behind that is due to we do not approve of their life style.

My son, Stanley Miroth, contacted me some years ago, around 2018 and informed me during the conversation that Patricia Miroth's step dad, Lonnie Smith, was living with them. He said that Lonnie and my granddaughter, Aylaa, would have lots of fun together having sleep overs in his room. I remembered from previous court documents that Lonnie Smith is a registered sex offender, so I reminded my son of that knowledge during the phone conversation. I told him to keep her away from him. However, Stanley did not seem overly concerned so I did call CPS in Trinity County and ask them to do a wellness check on my granddaughter, Aylaa. Everything that transpired from that moment on, was strictly what CPS found in their investigation and my family and I had no part in it.

I am aware of CPS giving services to my son, Stanley, because he had called and told me that CPS wanted to remove Aylaa from the home and they offered to get a hotel room for him and Aylaa to stay in until they found their own place but my son refused the help since it did not include his wife, Patricia.

CPS did contact my family and I and asked if we would be willing to take Aylaa and at first, we said no, mainly because we know that it would cause my son and his wife to move to the area like his wife did 21 years ago when we had accepted taking in their first daughter they had together. We live in a small town and do not like the chaos life that seems to follow them everywhere they go.

Out of guilt, my family and I did take Aylaa in for about one year trying to help but unfortunately, we were not able to keep apart from my son and his wife. Somewhere in between, I was aware that Patricia had another baby and he was taken at birth but I had absolutely nothing to do with it. I honestly wasn't even sure if she was pregnant. Then shortly after, they moved to Susanville and followed our family to the same church and made friends with our friends and showed up everywhere we were. Patricia tried to volunteer in Aylaa's classroom and she even tried to get a job where my husband works. CPS had to file a restraining order against her in order to help keep her from following us. My son and his wife have always taken it very personally that we will not let them see their children outside of the court's decision. But we will always follow the court system and CPS's decisions in order to keep the children safe. We were told to never let them around the kids or they could be taken from

us, so that's what we did.

Your honor, my own son and his wife have tried using religion against us, tried using our friends from our church against us, just to try and get what they want. They took advantage of our friends here and took things from them saying they will pay for it and never gave these people a dime. We are tired of the threats that Patricia keeps putting on us and for what? Just because we gave these children a place to be with family. Please put a final stop to this behavior and let us as a family move on from the stress they have put on us for 7 years.

*Debbie Carter*