UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Miroth, et al., | No. 2:22-cv-00460-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| County of Trinity, et al., | |
| Defendants. | |

Counsel for plaintiffs Stanley and Patricia Miroth recently filed two forms requesting substitution of counsel. ECF Nos. 91, 92. The first form appears to be incomplete, in that it does not state which party is requesting the substitution of counsel, although it appears to have been filed on behalf of plaintiff Stanley Miroth. ECF No. 91. The second form was filed on behalf of plaintiff Patricia Miroth, who clarifies that she now uses the name Trish Smith. ECF No. 92. Both forms appear to request the substitution of the plaintiffs in pro se, i.e., the withdrawal of Shannon Wilhite as counsel for both plaintiffs. Under the local rules of this district, "an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared," in addition to other requirements. E.D. Cal. L.R. 182(d). The court also has entered judgment in this action, and a notice of appeal has been filed. ECF Nos. 90, 94. The court therefore **denies** the motions at ECF Nos. 91 and 92 without prejudice to renewal in compliance with the Local Rules of this

1

1 | District and any applicable rules of the Ninth Circuit Court of Appeals.  *Cf.* Ninth Circuit Rule
2 | 27-11(a)(6).
3 |      Plaintiff Patricia Miroth also has filed a request to proceed in forma pauperis and a
4 | supporting affidavit.  ECF No. 93.  The court construes that request as a motion to proceed in
5 | forma pauperis on appeal and **grants** that request.  *See* Fed. R. App. P. 24(a)(1).
6 |      IT IS SO ORDERED.
7 | DATED:  November 21, 2025.
8 |

_____
UNITED STATES DISTRICT JUDGE